**Creitz & Serebin LLP**

Joseph A. Creitz, Cal Bar No. 169552
joe@creitzserebin.com
Lisa S. Serebin, Cal Bar No. 146312
lisa@creitzserebin.com
250 Montgomery Street, Suite 1400
San Francisco, CA 94104
415.466.3090 (tel)
415.513.4475 (fax)
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORN

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS GUH, an individual,<br>     Plaintiff,<br><br>     v.<br><br>UNUM LIFE INSURANCE<br>COMPANY OF AMERICA,<br>     Defendant. | Case No.: 15-CV-2034-EDL<br><br>REQUEST FOR DISMISSAL WITHOUT PREJUDICE |

Plaintiff hereby requests that the above-captioned matter be dismissed in its entirety without prejudice.

DATED: May 22, 2015

CREITZ & SEREBIN LLP

By  /s/ Joseph A. Creitz
       Joseph A. Creitz
       Attorneys for Plaintiff Thomas Guh

*GUH v. UNUM, et al., Case No. 15-CV-2034*
PLAINTIFF'S REQUEST FOR DISMISSAL WITHOUT PREJUDICE

1